AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| FRANCISCO ESCAMILLA ARRIAGA, individually and on behalf of all similarly situated persons<br>*Plaintiff(s)*<br>v.<br>LA SANTA MIDTOWN LLC d/b/a LA SANTA TACOS & BAR, JSR GROUP LLC, MIXO GROUP LLC, ROCA MODERNA LLC, and PABLO CASAS,<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-6654 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROCA Moderna LLC
c/o Maria Casas
661 Hammond Drive,
Sandy Springs, Georgia 30328

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Werner and Jonathan Garcia
Radford Scott LLP
125 Clairemont Ave., Suite 380
Decatur, Georgia 30030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 11/2/2026

United States District Court ★ Northern District of Georgia ★

s/Beverly Creech
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-6654

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: